JOSEPH BERNSTEIN, Doing Business, etc., v. EUGENE LUCCHESI, INC.— Motion

denied. Plaintiff should at once serve on defendant the order of affirmance, and defendant should thereupon forthwith serve formal notice of appeal therefrom. Present — Finch, P. J., McAvoy, Martin O'Malley and Townley, JJ.